# CONSUMER LITIGATION ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
12515 Warwick Blvd, Suite 100
Newport News, Virginia 23606

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314

Leonard A Bennett, Esquire
lenbennett@clalegal.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

**REPLY TO: HAMPTON ROADS OFFICE**

April 14, 2010

Fernando Galindo, Clerk
United States District Court
Richmond Division
701 East Broad Street
Suite 3000
Richmond, Virginia 23219



*via:  Federal Express Delivery*

Re: Jeffrey Ligon v. Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, and Chase Auto Finance, Corp., formerly Bank One, NA.

Dear Mr. Galindo:

Enclosed please find the following with regard to the above-referenced matter which I would kindly appreciate your filing and processing for service:

1. Original Civil Cover Sheet.
2. Original and one copy of the Summons in a Civil Action for each Defendant.
3. Original and four copies of the Complaint.
4. Filing fee check in the amount of $350.00, payable to Clerk of Court.

Please forward the service copies of the Summons and Complaints back to my attention for service through my private process server.

Thank you for your assistance in this matter, I remain

Very truly yours,

Leonard A. Bennett

LAB/vlw
Enclosure