# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

JEFFREY LIGON,

      Plaintiff,

v.                                              CASE NO. 3:11-cv-243-HEH

EQUIFAX INFORMATION SERVICES,
LLC, et al,

      Defendants.

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record: Please enter my appearance as counsel in this case for Chase Auto Finance Corp. I certify that I am admitted to practice in this Court.

                                                             Respectfully submitted,

                                                             CHASE FINANCE CORP.

                                                             By Counsel

COUNSEL:

_____/s/_____
Sung B. ("Ben") Yhim, VSB No. 66779
MCGUIREWOODS LLP
7 Saint Paul Street
Suite 1000
Baltimore, Maryland 21202
Telephone: (410) 659-4400
Facsimile: (410) 659-4599
Email: syhim@mcguirewoods.com

*Counsel for Defendant*
*Chase Auto Finance Corp.*